No. 11–0638/AR.  U.S. v. Edgar E. Martinez.  CCA 20090582.  [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0652/AF.  U.S. v. Michelle E. Courtney.  CCA 37694.  [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0655/AF.  U.S. v. Robert A. Aurand.  CCA S31863.  [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0440/MC.  U.S. v. Nicholas S. Stewart.  CCA 201000021.  Appellee's motion to extend time to file a brief granted, *up to and including October 21, 2011*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0043/AR.  U.S. v. James T. Murphy.  CCA 19872873.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 13, 2011.

Monday, September 26, 2011

